**Dismissed as Moot and Opinion Filed April 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00003-CV

## BCH DEVELOPMENT, LLC AND BLANCHARD HOMES, LLC, Appellants
## V.
## LAKEVIEW HEIGHTS ADDITION PROPERTY OWNERS' ASSOCIATION AND BARBARA WOHLRABE, Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05900-A**

## MEMORANDUM OPINION

Before Justices Francis and Myers and Chief Justice Thomas, Retired[1]
Opinion by Chief Justice Thomas, Retired

On December 13, 2013, the trial court signed its Order Granting Temporary Injunction at the request of appellees Lakeview Heights Addition Property Owners' Association and Barbara Wohlrabe. Appellants BCH Development, LLC and Blanchard Homes, LLC filed this interlocutory appeal challenging the temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4). While the interlocutory appeal was pending, the trial court granted appellees' Motion for Partial Summary Judgment in part and signed its Order Granting Permanent Injunction. A copy of the Order Granting Permanent Injunction has been filed in this

---

[1] The Honorable Linda Thomas, Chief Justice of the Court of Appeals for the Fifth District of Texas—Dallas, Retired, sitting by assignment.

Court. The permanent injunction addresses the same issue as the temporary injunction: limits on the construction of a residence by appellants at 6148 Monticello Avenue, Dallas, Texas 75214.

If, while on the appeal of the granting or denying of the temporary injunction, the trial court enters a permanent injunction in the same matter, our consideration of the temporary injunction becomes moot. *See Richards v. Mena*, 820 S.W.2d 372 (Tex. 1991). When a case becomes moot on appeal, the appeal is dismissed. *Isuani v. Manske–Sheffield Radiology Grp., P.A.,* 802 S.W.2d 235, 236 (Tex. 1991).

Accordingly, we dismiss the interlocutory appeal as moot.

140003F.P05

/Linda Thomas/
LINDA THOMAS
CHIEF JUSTICE, RETIRED



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BCH DEVELOPMENT, LLC AND
BLANCHARD HOMES, LLC, Appellants

No. 05-14-00003-CV        V.

LAKEVIEW HEIGHTS ADDITION
PROPERTY OWNERS' ASSOCIATION
AND BARBARA WOHLRABE, Appellees

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-13-05900-A.
Opinion delivered by Chief Justice Thomas,
Retired. Justices Francis and Myers
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED AS MOOT**.

It is **ORDERED** that appellees LAKEVIEW HEIGHTS ADDITION PROPERTY OWNERS' ASSOCIATION and BARBARA WOHLRABE recover their costs of this appeal from appellants BCH DEVELOPMENT, LLC and BLANCHARD HOMES, LLC.

Judgment entered this 17th day of April, 2015.